UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JOHN DOE,

        Plaintiff,

-v-                                      No. 15 CV 8652-LTS

EJERCITO DE LIBERACTION NACIONAL
and NATIONAL LIBERATION ARMY AND
FUERZAS ARMADAS REVOLUCIONARIOS
DE COLOMBIA,

        Defendants,

    -and-

JPMORGAN CHASE BANK, N.A.

        Respondent.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-17-2015

## ORDER

        The letter motions of various parties seeking extensions of time in which to file papers (docket entry nos. 26, 27, and 28) are denied as moot, as such papers have already been filed by the parties seeking extensions.

        This Order terminates docket entry nos. 26, 27, and 28.

    SO ORDERED.

Dated: New York, New York
       November 17, 2015

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge