# GR
TRIAL LAWYERS

## GROSSMAN ROTH, P.A.
A PROFESSIONAL ASSOCIATION

Stuart Z. Grossman
Neal A. Roth
Andrew B. Yaffa
Gary M. Cohen
William E. Partridge
Natasha Cortes
Seth Miles
David M. Buckner
Brett E. von Borke
Rachel W. Furst
Patrick S. McArdle

OF COUNSEL
Robert C. Gilbert
Richard S. Masington

INVESTIGATORS
Scott McCarthy
Marling Santiago
Jill A. Dobrinsky, R.N.
Diana L. Tershakovec, A.R.N.P.
Kathryn H. Baker, R.N.
Suzanne Garber, R.N., L.N.C.
Karen Elkin
Marlene B. Perez
Rudy M. Toth
Ralph Gracia
Dan Roth (1948-1999)

Donna M. Burroughs (Ret.)

CORAL GABLES
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, Florida 33134
T 305.442.8666
F 305.285.1668

BOCA RATON
Wells Fargo Plaza
Suite 350
925 South Federal Highway
Boca Raton, Florida 33432
T 561.367.8666
F 561.367.0297

SARASOTA
Grossman, Roth & Partridge
Suite 777
1800 Second Street
Sarasota, Florida 34236
T 941.365.8666
F 941.316.0963

KEY WEST
3158 Northside Drive
Key West, Florida 33040
T 305.509.7734
F 305.509.7738

1.800.206.4004
www.grossmanroth.com

PLEASE REPLY TO:

Coral Gables

November 25, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 12-1-2015

**Via ECF**

Honorable Laura Taylor Swain
United States District Judge
USDC, Southern District of New York
500 Pearl Street, Courtroom 12D
New York City, New York 10007

Re: John Doe v. Ejercito de Liberacion Nacional, et al
SDNY Case No. 15-cv-08652-LTS

Dear Judge Swain:

As counsel for Petitioner/Judgment Creditor John Doe in the above miscellaneous proceeding, we respectfully request a brief extension of time to file our response to Kassim Tajideen's Motion to Strike Document No. 4, Exhibit B [DE 43].

Petitioner's response is currently due Monday, November 30, 2015, and we request a thirty day extension of time to December 30, 2015. We have asked counsel for Kassim Tajideen, but they have yet to respond.

We thank you for consideration of this matter.

Sincerely,

Brett E. von Borke

BEvB/ae

Cc: All counsel of record (by ECF)

*[Handwritten note:]* A 30-day extension is not brief and no reason has been proffered. Petitioner's time to respond is extended through December 14, 2015. DE#52 resolved.

**SO ORDERED:**

11/30/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE