IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,                                              Case No. 15 cv 8652-LTS

    Petitioner/Judgment Creditor,

vs.

EJERCITO DE LIBERACION NACIONAL,
a/k/a ELN, a/k/a National Liberation Army,
and FUERZAS ARMADAS
REVOLUCIONARIOS DE COLOMBIA,
a/k/a FARC, a/k/a REVOLUTIONARY
ARMED FORCES OF COLOMBIA,

    Defendants/Judgment Debtors,

and

JP MORGAN CHASE BANK, N.A.,                            **NOTICE OF PARTIAL WITHDRAWAL WITHOUT PREJUDICE**

    Respondent.
_____

JP MORGAN CHASE BANK, N.A.,

    Third Party Petitioner,

vs.

KEITH S TANSELL, MARC GONSALVES,
THOMAS HOWES, JUDITH G. JANIS,
CHRISTOPHER T. JANIS, GREER C. JANIS,
MICHAEL J. JANIS, JONATHAN N. JANIS,
ANTONIO CABALLERO, KASSIM TAJEDDINE,
METROPOLITAN LIFE INSURANCE COMPANY,
GRAND STORES LTD., TRUST BANK LTD.,
CREDIT SUISSE AG, TAJCO a/k/a TAJCO LTD.,
ARAB GAMBIAN ISLAMIC BANK LTD.,
and AHLI UNITED BANK UK PLC,

    Third Party Respondents.
_____/

Petitioner/Judgment Creditor John Doe, through undersigned counsel, hereby gives notice of partial withdrawal without prejudice of the Petition for Turnover Order Directed at JP Morgan Chase Bank, N.A. (the "Petition for Turnover") as concerns two blocked accounts held by Respondent JP Morgan Chase Bank, N.A.

Petitioner John Doe hereby withdraws any claim to the funds held in 1) blocked account number ending 6923, containing the surrender value of two insurance policies – a life insurance policy and/or personal accident policy – purchased by Kassim Tajeddine from American Life Insurance Company, Lebanon Branch, a predecessor-in-interest or subsidiary of Third Party Respondent Metropolitan Life Insurance Company, before his designation as a Specially Designated Global Terrorist; and 2) blocked account ending in 3534 containing the final premium payments received by American Life Insurance Company, Lebanon Branch from Kassim Tajeddine for the two insurance policies.

Petitioner John Doe does not withdraw the Petition for Turnover as concerns any other accounts subject to the Petition for Turnover held by JP Morgan Chase Bank, N.A.

Dated this 7th day of December, 2015.

    Respectfully submitted,

/s/ Brett E. von Borke
Brett E. von Borke, Esq.
New York Bar No. 5258876
bvb@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, Florida  33134
Telephone: (305) 442-8666
Facsimile: (305) 285-1668

*Counsel for Plaintiff/Judgment Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Brett E. von Borke
Brett E. von Borke, Esq.