# BUCKNER + MILES

December 8, 2015

**Via ECF**

Honorable Laura Taylor Swain
United States District Judge
USDC, Southern District of New York
500 Pearl Street, Courtroom 12D
New York City, New York 10007

    Re:    John Doe v. Ejercito de Liberacion Nacional, et al
               SDNY Case No. 15-cv-08652-LTS

Dear Judge Swain:

    As counsel for Petitioner/Judgment Creditor John Doe in the above miscellaneous proceeding, we respectfully request to appear telephonically at the Initial Conference set for December 15, 2015.

    I have conferred with counsel for Stansell Respondents, as well as with all other counsel of record, and no party objects to the relief requested in this letter.

    We thank you for consideration of this matter.

                            Sincerely,

                            Brett E. von Borke

BEvB/ae

Cc: All counsel of record (by ECF)