

# PORTER & KORVICK
T R I A L   L A W Y E R S

December 10, 2015

VIA ECF ONLY

Honorable Laura Taylor Swain
U.S. District Judge, Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-2015
```

Re:   John Doe vs. ELN and FARC et al
      SDNY Case No. 15-cv-08652-LTS

Dear Judge Swain:

Undersigned counsel for Third Party Respondents Keith Stansell, Marc Gonsales, Thomas Howes, and Judith Janis, Christopher Janis, Michael Janis, Greer Janis and Jonathan Janis hereby requests leave to appear telephonically at the pre-trial conference on Tuesday, December 15, 2015 at 4:00 p.m.

I have conferred with opposing counsel and none have objected to our request.

Thank you for the Court's consideration.

Respectfully,

TONY KORVICK

Cc: All counsel of record (via ECF)

*Handwritten order:* The request is granted. Contact the Courtroom Deputy (212 805 0424) on Monday 12/14 for call-in instructions. Note that all counsel participating telephonically will have to organize a single conference call and then dial in to the courtroom.

SO ORDERED:

_____ 12/14/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE