WILMERHALE

December 14, 2015

**David W. Bowker**

+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

Honorable Laura Taylor Swain
U.S. District Judge
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY  10007

**Re:  Doe v. Ejercito de Liberacion Nacional et al, 15-cv-08652-LTS**

Dear Judge Swain:

As counsel to Third-Party Claimant Kassim Tajideen in the above case, I would like to respectfully request to appear telephonically at the pre-trial conference on December 15, 2015.

I have conferred with counsel of record, and no party has objected to the relief requested in this letter.

Thank you for your consideration.

Sincerely,


/s/ David W. Bowker

David W. Bowker

cc:  All counsel of record (via ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Washington