12/14/2015 16:55 FAX 2122445697    WILMERHALE LLP                              ☒002/002

Case 1:15-cv-08652-LTS   Document 66   Filed 12/14/15   Page 1 of 1
Case 1:15-cv-08652-LTS   Document 64   Filed 12/14/15   Page 1 of 1

# WILMERHALE

~~COURTESY COPY~~

MEMO ENDORSED

December 14, 2015

David W. Bowker

+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

Honorable Laura Taylor Swain
U.S. District Judge
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re: Doe v. Ejercito de Liberacion Nacional et al, 15-cv-08652-LTS

Dear Judge Swain:

As counsel to Third-Party Claimant Kassim Tajideen in the above case, I would like to respectfully request to appear telephonically at the pre-trial conference on December 15, 2015.

I have conferred with counsel of record, and no party has objected to the relief requested in this letter.

Thank you for your consideration.

Sincerely,

/s/ David W. Bowker

David W. Bowker

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/15
```

cc: All counsel of record (via ECF)

The request is granted. Counsel is directed to contact the Stansell Respondents' counsel regarding whatever conference call arrangements have been made.

SO ORDERED:

/s/ 12/14/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE