UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------

John Doe

                     Plaintiff,

     -against-

Ejercito de Liberacion Nacional,
et al
                     Defendant.

--------------------------------------------------

Case No. 15-cv-08652

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                      **Brett E. von Borke**
                    FILL IN ATTORNEY NAME

My SDNY Bar Number is: BB4480    My State Bar Number is 5258876

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Grossman Roth, PA
                  FIRM ADDRESS: 2525 Ponce de Leon Blvd, Suite 1150, Miami, FL
                  FIRM TELEPHONE NUMBER: 305.442.8666
                  FIRM FAX NUMBER: 305.285.1668

NEW FIRM:    FIRM NAME: Buckner + Miles
                  FIRM ADDRESS: 2811 SW 3 Avenue, Miami, FL 33129
                  FIRM TELEPHONE NUMBER: 305.964.8003
                  FIRM FAX NUMBER: 786.523.0485

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/17/2015

                                                      */s/ Brett E. von Borke*
                                                        ATTORNEY'S SIGNATURE