IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

    Petitioner/Judgment Creditor

EJERCITO DE LIBERACION NACIONAL ("ELN"), et al.,

    Defendants/Judgment Debtors

and

JPMORGAN CHASE BANK, N.A., and

    Respondent,

---

JPMORGAN CHASE BANK, N.A

    Third-Party Petitioner,

v.

KEITH STANSELL, et al.,

    Third Party Respondents.

---

Case No.: 15 CV 8652-LTS

Judge Laura Taylor Swain

### NOTICE OF THIRD PARTY RESPONDENTS' MOTION TO VACATE PETITIONER JOHN DOE'S DEFAULT JUDGMENT AS VOID FOR LACK OF SUBJECT MATTER JURISDICTION

    PLEASE TAKE NOTICE that, upon the Motion to Vacate Petitioner John Doe's Default Judgment as Void for Lack of Subject Matter Jurisdiction (the "Motion to Vacate"), an application will be made by Third Party Respondents/Counterclaimants Keith Stansell, Marc Gonsalves, Thomas Howes, Judith Janis, Christopher Janis, Greer Janis, Michael Janis and Jonathan Janis ("Stansell Respondents"), pursuant to Fed. R.Civ.P. 60(b)(4), to the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date to be determined, for an Order as requested in the Motion to Vacate, and such other relief as the Court deems just and proper.

The undersigned counsel has previously conferred with counsel for John Doe who oppose the relief requested in the Motion to Vacate.

Respectfully submitted December 31, 2015

>/s/ Tony Korvick
>Tony Korvick, Esq.
>Newt Porter, Esq.
>PORTER & KORVICK, P.A.
>Attorneys for Stansell Respondents
>9655 S. Dixie Highway, Suite 208
>Miami, FL 33156
>305-373-5040
>tkorvick@porterandkorvick.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 31, 2015, I served the foregoing via First Class International Mail, or First Class U.S. Mail, to the following persons who are not believed to have received CM/ECF service upon filing:

NONE

>By: */s/ Tony Korvick*
>TONY KORVICK
>PORTER & KORVICK, P.A.
>9655 South Dixie Highway Suite 208
>Miami, Florida 33156
>(305) 373-5040          (305) 668-9154 FAX
>tkorvick@porterandkorvick.com