UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21517-CIV-HUCK

JOHN DOE,

    Plaintiff

v.

EJERCITO DE LIBERACION NACIONAL,
a/k/a ELN, a/k/a National Liberation Army,
and FUERZAS ARMADAS
REVOLUCIONARIOS DE COLOMBIA,
a/k/a FARC, a/k/a REVOLUTIONARY
ARMED FORCES OF COLOMBIA,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

THIS MATTER is before the Court on Plaintiff's Motion for Entry of Default Judgment (D.E. #30) against Defendants, the National Liberation Army (ELN) and the Revolutionary Armed Forces of Colombia (FARC). The Court has reviewed the Motion, the related documents, the record, and is otherwise duly advised. Additionally, the Court held a hearing on damages on January 5, 2011. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Entry of Default Judgment (D.E. #30) is GRANTED as follows:

(1) Plaintiff is awarded compensatory damages in the amount of $16,800,000 against ELN and FARC, jointly and severally.

(2) Plaintiff is awarded punitive damages in the amount of $10,000,000 against ELN.

(3) Plaintiff is awarded punitive damages in the amount of $10,000,000 against FARC.

DONE and ORDERED in Chambers, Miami, Florida, January 5, 2012.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record