UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21517-CIV-HUCK

JOHN DOE,

    Plaintiff

v.

EJERCITO DE LIBERACION NACIONAL,
a/k/a ELN, a/k/a National Liberation Army,
and FUERZAS ARMADAS
REVOLUCIONARIOS DE COLOMBIA,
a/k/a FARC, a/k/a REVOLUTIONARY
ARMED FORCES OF COLOMBIA,

    Defendants.

_____/



CLOSED CIVIL CASE

## DEFAULT FINAL JUDGMENT

Pursuant to the Order Granting Motion for Entry of Default Judgment, it is hereby

ORDERED that Plaintiff is awarded compensatory damages in the amount of $16,800,000 against Defendants National Liberation Army (ELN) and Revolutionary Armed Forces of Colombia (FARC), jointly and severally, punitive damages in the amount of $10,000,000 against ELN, and punitive damages in the amount of $10,000,000 against FARC. The Court reserves jurisdiction over appropriate motions for attorney fees and costs. The Clerk of the Court is directed to mark this case CLOSED and DENY all pending motions as moot.

DONE and ORDERED in Chambers, Miami, Florida, January 5, 2012.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record