Case 1:15-cv-08652-LTS   Document 71   Filed 12/28/15   Page 1 of 1



# PORTER & KORVICK
TRIAL LAWYERS

December 28, 2015

VIA ECF

Honorable Laura Taylor Swain
U.S. District Judge, Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-2016

Re:   John Doe vs. ELN and FARC et al
      SDNY Case No. 15-cv-08652-LTS
      *Motion for 20 day extension of time*

Dear Judge Swain:

Undersigned counsel for Third Party Respondents Keith Stansell, Marc Gonsalves, Thoma[s] Howes, Judith Janis, Christopher Janis, Michael Janis, Greer Janis and Jonathan Janis here[by] request a 20 day extension of time within which to file their Answer to the JPMorgan Cha[se] Bank, N.A. Third Party Complaint [DE 11] in Interpleader.

The Stansell Respondents' motion to transfer or dismiss was denied by Order entered on December 16, 2015, making the Answer **currently due on December 30, 2015**. Stansell Respondents request an **additional 20 days to Answer or on or before January 19, 201[6]**

The parties expect a ruling shortly from Judge Feinerman in the NDIL on the pending mot[ion] for 1404(a) transfer of the Stansell turnover motions to the SDNY, and those rulings will i[mpact] the Stansells' Answer to the interpleader here.

Further, the deadline for JPMCB to deposit the blocked funds into the Court registry is Jan[uary] 13, 2015.  There will be no prejudice to any party because the interpleader is not yet at issu[e with] respect to other respondents who have not yet appeared or been defaulted.

The undersigned has conferred with opposing counsel for John Doe, JPMCB and ALICO [who] have no objection to the requested extension of time, but I have not yet been able to deter[mine] whether or not Kassim Tajeddine opposes the requested extension of time.

Thank you for the Court's consideration.

Respectfully,

/s/ TONY KORVICK
Cc: All counsel of record (via ECF)

*The answer having been filed, the foregoing application is moot. DE #71 resolved.*

**SO ORDERED:**

_/s/_ 1/4/2016
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE