UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JOHN DOE,                                              :

    Petitioner/Judgment Creditor,         :          Case No. 15-cv-08652-LTS

    -against-                                    :          NOTICE OF APPEARANCE

EJERCITO DE LIBERACION NACIONAL, et al.,   :

    Defendants/Judgment Debtors, and         :

JPMORGAN CHASE BANK, N.A.,                :

    Respondent.                                  :
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of David W. Bowker, a member of the firm of Wilmer Cutler Pickering Hale & Dorr LLP, as counsel for Claimant Grupo Arosfran Empreendimentos E Participacoes SARL.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated: Washington, D.C.
       January 7, 2016

                                     /s/ David W. Bowker
                                     David W. Bowker
                                     New York Bar No. 4200184
                                     WILMER CUTLER PICKERING HALE AND DORR LLP
                                     1875 Pennsylvania Avenue, NW
                                     Washington, D.C. 20006
                                     Telephone:  (202) 663-6558
                                     Facsimile:  (202) 663-6363
                                     David.Bowker@wilmerhale.com

                                     Attorney for Claimant Grupo Arosfran Empreendimentos E Participacoes SARL

TO:  All Counsel (via ECF)

- 1 -