

January 19, 2016

VIA ECF ONLY

Honorable Laura Taylor Swain
U.S. District Judge, Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re:   John Doe vs. ELN and FARC et al
      SDNY Case No. 15-cv-08652-LTS

Dear Judge Swain:

Undersigned counsel for Third Party Respondents Keith Stansell, Marc Gonsales, Thomas Howes, and Judith Janis, Christopher Janis, Michael Janis, Greer Janis and Jonathan Janis hereby requests leave to appear telephonically at the interim status conference on **Friday, January 22, 2016 at 11:00 a.m**.

I have conferred with opposing counsel and none have objected to our request.

Thank you for the Court's consideration.

Respectfully,

/s/ TONY KORVICK

Cc: All counsel of record (via ECF)