# BUCKNER + MILES

January 19, 2016

**Via ECF**

Honorable Laura Taylor Swain
United States District Judge
USDC, Southern District of New York
500 Pearl Street, Courtroom 12D
New York City, New York 10007

      Re:    John Doe v. Ejercito de Liberacion Nacional, et al
             SDNY Case No. 15-cv-08652-LTS

Dear Judge Swain:

    As counsel for Petitioner/Judgment Creditor John Doe in the above proceeding, we respectfully request to appear telephonically at the Conference set for January 22, 2016.

    I have conferred with counsel of record, and no party objects to the relief requested in this letter.

    We thank you for your consideration of this matter.

                            Sincerely,

                            Brett E. von Borke

BEvB/ae

Cc: All counsel of record (by ECF)