# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

RANDI F. KNEPPER
Direct Dial: (973) 565-2033
rknepper@mdmc-law.com

January 20, 2016

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-20-2016
```

**VIA ECF & FACSIMILE**
Hon. Laura Taylor Swain, U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. – Courtroom 12D
New York, NY 10007-1312

    **RE:**    **John Doe v. Ejercito De Liberacion Nacional, et als.**
            **Civil Action No.: 1:15-cv-08652 (VEC)**

Dear Judge Swain:

    Our office represents third-party respondent, American Life Insurance Company – Lebanon Branch incorrectly pleaded as "Metropolitan Life Insurance Company" ("Alico-Lebanon") in connection with the above named matter. This matter is scheduled for a status conference on January 22, 2016 at 11 a.m. We would appreciate Your Honor accepting this correspondence as Alico-Lebanon's request to appear by telephone for the status conference.

    The reason for this request is that I have another telephone conference starting at 10:15 a.m. with respect to an action pending in the Middle District of Pennsylvania. There is no conflict between the two conferences if I attend both by telephone. However, the conferences conflict if I attend this conference in person given the Southern District of New York's restrictions on bringing phones into the Courthouse.

    We have consent of all other parties with respect to this request. Accordingly, we respectfully request that Alico-Lebanon be permitted to appear by telephone for the conference scheduled for January 22, 2016 at 11 a.m.

## McElroy, Deutsch, Mulvaney & Carpenter, LLP

January 20, 2016
Page 2

We appreciate Your Honor accepting and considering this request.

Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

Randi F. Knepper

RFK:bk
cc: Orlando Do Campo, Esq.
 Brett Elliott von Boke, Esq.
 Steven B. Feigenbaum, Esq.
 David William Bowker, Esq.
 Tony Korvick, Esq.
 Adam P. Schwartz, Esq.

2855958_1

The request is granted. All counsel wishing to appear telephonically must organize a single conference call and call in as directed by the courtroom Deputy (212 805 0424).

SO ORDERED:

1/20/16
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE