# BUCKNER + MILES

January 19, 2016

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-20-2016
```

**Via ECF**

Honorable Laura Taylor Swain
United States District Judge
USDC, Southern District of New York
500 Pearl Street, Courtroom 12D
New York City, New York 10007

    Re:    John Doe v. Ejercito de Liberacion Nacional, et al
            SDNY Case No. 15-cv-08652-LTS

Dear Judge Swain:

    As counsel for Petitioner/Judgment Creditor John Doe in the above proceeding, we respectfully request to appear telephonically at the Conference set for January 22, 2016.

    I have conferred with counsel of record, and no party objects to the relief requested in this letter.

    We thank you for your consideration of this matter.

Sincerely,

Brett E. von Borke

BEvB/ae

Cc: All counsel of record (by ECF)

*The request is granted. All counsel wishing to appear telephonically must organize a single conference call and call in as directed by the courtroom Deputy (212 805 0424). Dkt # 95 resolved.*

**SO ORDERED:**

/s/ Laura Taylor Swain  1/19/16
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2811 SW 3rd Avenue • Miami • Florida • 33129 • T 305.964.8003 • F 786.523.0485
www.bucknermiles.com