```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JOHN DOE,

       Plaintiff,

   -v-

EJERCITO DE LIBERACION NACIONAL,
et al.,

       Defendants,

   -and-

JP MORGAN CHASE BANK, N.A., and
DEUTSCHEBANK TRUST COMPANY
AMERICAS

       Respondents.

-------------------------------------------------------

JP MORGAN CHASE BANK, N.A.,

       Third-Party Petitioner,

   -v-

KEITH STANSELL, et al.,

       Third-Party Respondents.

-------------------------------------------------------x

No. 15 CV 8652-LTS

## ORDER

In their memorandum of law filed on January 19, 2016 (docket entry no. 93), the Stansell Parties informed the Court that they are voluntarily withdrawing their motion to vacate the registration of Doe's foreign judgment in light of a recent Second Circuit decision.

Accordingly, the Clerk of Court is requested to terminate Docket Entry No. 79.

    SO ORDERED.

Dated: New York, New York
       January 22, 2016

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge