```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JOHN DOE,

       Plaintiff,

-v-                                No. 15 CV 8652-LTS

EJERCITO DE LIBERACION NACIONAL,
et al.,

       Defendants,

       -and-

JP MORGAN CHASE BANK, N.A., and
DEUTSCHEBANK TRUST COMPANY
AMERICAS

       Respondents.

-----------------------------------------------------

JP MORGAN CHASE BANK, N.A.,

       Third-Party Petitioner,

-v-

KEITH STANSELL, et al.,

       Third-Party Respondents.

-------------------------------------------------------x

## ORDER

A pre-trial conference was held in this matter on January 22, 2016. For the reasons that follow, and as stated on the record, it is hereby ordered as follows:

    1.    The Motion to Strike filed by Tajideen is denied without prejudice. This resolves Docket Entry No. 43.

2. JP Morgan Chase Bank, N.A., must deposit the blocked funds with the Clerk of Court by March 11, 2016.

3. The deadline for any and all parties to respond to any and all outstanding pleadings or petitions currently filed is hereby extended to February 26, 2016.

4. The parties are directed to confer pursuant to the undersigned's Individual Rules of Practice and provide the Court with a joint statement proposing a schedule for motion practice by February 26, 2016.

5. A pre-trial conference in this matter will be held on March 11, 2016, at 12:15 p.m.

SO ORDERED.

Dated: New York, New York
       January 22, 2016

/s/ LAURA TAYLOR SWAIN
United States District Judge