IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

JOHN DOE,

    Petitioner/Judgment Creditor          Case No.: 15 CV 8652-LTS

                                                                           Judge Laura Taylor Swain

EJERCITO DE LIBERACION NACIONAL ("ELN"),
et al.,

    Defendants/Judgment Debtors

and

JPMORGAN CHASE BANK, N.A., and

    Respondent,

_____

JPMORGAN CHASE BANK, N.A

    Third-Party Petitioner,

v.

KEITH STANSELL, et al.,

    Third Party Respondents.

_____

**THIRD PARTY RESPONDENTS' NOTICE OF
<u>ECF FILING WRONG DOCUMENT AT D.E. 111</u>**

    Undersigned counsel for Third Party Respondents Keith Stansell, Marc Gonsalves, Thomas Howes, Judith Janis, Christopher Janis, Greer Janis, Michael Janis and Jonathan Janis ("Stansell Respondents"), hereby gives notice that that I inadvertently filed the wrong version of a Stipulation filed minutes ago at Docket Entry 111.  The filed version is **<u>not</u>** the final version approved by all the signators, and the undersigned hereby request that same be stricken or removed from the record as an inadvertent and erroneous filing.  The undersigned is now separately filing the CORRECT Stipulation that has been approved by all signators.

    Respectfully submitted February 4, 2016.

/s/ Tony Korvick
Tony Korvick, Esq.
Newt Porter, Esq.
PORTER & KORVICK, P.A.
Attorneys for Stansell Respondents
9655 S. Dixie Highway, Suite 208
Miami, FL 33156
305-373-5040
tkorvick@porterandkorvick.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2016 on all counsel of record via ECF filing and transmission.

By: */s/ Tony Korvick*
TONY KORVICK
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156
(305) 373-5040          (305) 668-9154 FAX
tkorvick@porterandkorvick.com